Ashley V. David
Nosheen David
c/o Non -Domestic -Mail
5417 Summerfield Drive
Antioch, California 94531

District Court of the United States
For the Northern District of California

Case No.: <u>4-11 CV 02914 PJH</u>

Ashley V. David and
Nosheen David

Plaintiffs

v.

GMAC MORTGAGE, LLC,
TYNEIA G. MERRITT, ESQ.,
MERRITT LAW, INC.
and DOES 1-10, Inclusive

Defendants

Time:_____

Date:_____

Courtroom:_____

_____/

<u>**NOTICE OF MOTION AND MOTION FOR RECUSAL (DISQUALIFICATION) OF JUDGE HAMILTON AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS**</u>

To the district court of the United States for the Northern District of California.

1. We, Ashley V. David and Nosheen David the plaintiffs, in the above entitled action and acting as our own counsel, and as the removing party, hereby petition this court for recusal of Judge Hamilton, since she has a conflict of interest related to her investments in the banking industry. We have filed a motion for recusal of Judge Hamilton and we believe that her past adverse decisions in related cases indicates her prejudice in favor of the banks.

Motion For Recusal                                        1

Dated: The __Fifth__ day of the __December__ month

in the year of our Lord two thousand and Eleven.

_[signature]_

Ashley-Vincent: David

_[signature]_

Nosheen David

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION

### STATEMENT OF FACTS

2. Title 28 USC, Section 455(b)(4) is very clear that any judge must recuse themselves whenever there is a conflict of interest involving an investment in the business or industry that is the subject of the dispute in a civil or criminal case.

### ARGUMENT

3. Any direct investment in an industry that is the subject of the dispute is a reason for recusal, see In re Virginia Electric Power Co., 539 F 2d 357, 366-367 (Fourth Cir. 1976). Consequently we respectfully request a recusal in this matter in the interest of justice.

Respectfully submitted,

Dated: The __Fifth__ day of the __December__ month
in the year of our Lord two -thousand and eleven.

Motion For Recusal                                              2

1  Pro Hac Vice    *[signature]*

2

3  Ashley David

4  *[signature: Nosheen David]*

5

6  Nosheen David

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion For Recusal                         3