UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY V. DAVID, et al.,

        Plaintiffs,

       v.

GMAC MORTGAGE, LLC, et al.,

        Defendants.

_____/

No. C 11-2914 PJH

**ORDER OF DISMISSAL**

On December 7, 2011, this court dismissed without prejudice plaintiffs' complaint against defendants. Plaintiffs were ordered to file an amended complaint no later than 28 days thereafter. Plaintiffs failed to do so, although they did attempt to appeal the court's December 7 order to the Ninth Circuit. The Ninth Circuit dismissed plaintiffs' appeal for lack of jurisdiction on February 16, 2012, in view of the fact that no final order or judgment had been entered in this action. Notwithstanding the Ninth Circuit's order, plaintiffs have yet to file any amended complaint, although three months have now passed since the Ninth Circuit's order, and nearly four months have passed since the original deadline for the filing of plaintiffs' amended complaint.

The court has considered the five factors set forth in Malone v. United States Postal Serv., 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the instant litigation require dismissal of this action. In view of plaintiff's lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction.

Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro.

41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge