UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY V. DAVID, et al.,

        Plaintiff(s),                       No. C 11-2914 PJH

    v.                                    **JUDGMENT**

GMAC MORTGAGE, LLC, et al.,

        Defendant(s).
_____/

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: May 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge